reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**96–936.  State v. Mease.**
Franklin App. No. 95APA05–614.  Reported at 76 Ohio St.3d 1473, 669 N.E.2d 856.  On motion for reconsideration.  Motion denied.

**97–344.  Schultz v. Lincoln Natl. Life Ins. Co.**
Cuyahoga App. No. 69499.  Reported at 78 Ohio St.3d 1515, 679 N.E.2d 311.  On motion for reconsideration.  Motion denied.

**97–351.  Schultz v. Lincoln Natl. Life Ins. Co.**
Cuyahoga App. No. 69499.  Reported at 78 Ohio St.3d 1516, 679 N.E.2d 311.  On motion for reconsideration.  Motion denied.

**97–422.  Blessing v. Blessing.**
Ottawa App. No. OT–96–016.  Reported at 78 Ohio St.3d 1511, 679 N.E.2d 308.  On motion for reconsideration.  Motion granted; *sua sponte,* cause held for the decision in 96–1329, *Pauly v. Pauly,* Lucas App. No. L–95–293; briefing schedule stayed.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**97–477.  State ex rel. Kline v. Crow.**
In Mandamus.  Reported at 78 Ohio St.3d 1510, 679 N.E.2d 307.  On motion for reconsideration.  Motion denied.

LUNDBERG STRATTON, J., dissents and would grant the writ of mandamus and order the return of the tapes.

**97–533.  Pepper Pike v. Garson.**
Cuyahoga App. No. 70180.  Reported at 78 Ohio St.3d 1512, 679 N.E.2d 309.  On motion for reconsideration.  Motion denied.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**97–576.  State v. Yingling.**
Lorain App. No. 97CA006656.  Reported at 78 Ohio St.3d 1516, 679 N.E.2d 311.  On motion for reconsideration.  Motion denied.

DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**97–599.  Moore v. Univ. of Cincinnati Hosp.**
Franklin App. No. 96API05–560.  Reported at 78 Ohio St.3d 1513, 679 N.E.2d 309.  On motion for reconsideration and/or motion to remand.  Motions denied.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**97–694.  State ex rel. Richard v. Eighth Dist. Court of Appeals.**
In Mandamus.  Reported at 78 Ohio St.3d 1511, 679 N.E.2d 308.  On motion for reconsideration.  Motion denied.

# DISCIPLINARY DOCKET

**96–2495.  In re Judicial Campaign Complaint Against Hildebrandt.**
On motion for award of additional attorney fees and expenses.  Motion denied.

DOUGLAS, J., not participating.

# MISCELLANEOUS DISMISSALS

**96–1809.  State ex rel. Buchman v. Wayne Trace Local School Dist. Bd. of Edn.**
In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus.  Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.